INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 14-48447 | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | BURRELL, MICHAEL J. AND BURRELL, BARBARA | | Date Filed (f) or Converted (c): | 05/15/2014 (f) |
| For the Period Ending: | 09/30/2014 | | §341(a) Meeting Date: | 06/18/2014 |
| | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1  Cash on Debtor's Person(s). | $20.00 | $0.00 | | $0.00 | FA |
| 2  United Bank & Trust; Checking/Savings | $500.00 | $0.00 | | $0.00 | FA |
| 3  Social Security Disability Appeal held at a United Bank & Trust (42 U.S.C. Section 407.) | $50,000.00 | $7,500.00 | | $0.00 | $7,500.00 |
| 4  USAA Checking/Savings Acct | $60.00 | $0.00 | | $0.00 | FA |
| 5  Living and Dining room, bedroom, kitchen furniture & utensils. No one item over $475. | $3,500.00 | $0.00 | | $0.00 | FA |
| 6  About 20 books, and 12 DVDs located at Debtors' Residence. | $50.00 | $0.00 | | $0.00 | FA |
| 7  Clothing owned by Debtors at Debtors' Residence and in Debtors' possession. Nothing valued over $45. | $750.00 | $0.00 | | $0.00 | FA |
| 8  Jewelry (various) located at Debtors' Residence. | $100.00 | $0.00 | | $0.00 | FA |
| 9  Various guns located at Debtors' Residence. | $500.00 | $0.00 | | $0.00 | FA |
| 10 Potential partial interest in 2014 income tax refund (estimate based on 2012 refund). | $0.00 | $0.00 | | $0.00 | FA |
| 11 2013 State of Michigan tax refund | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 2012 Chevy Silverado located at Debtors' Residence (joint with debtor-husband's father). | $11,500.00 | $0.00 | | $0.00 | FA |
| 13 Jelly Bean the Dog and Peanut the Cat located at Debtors' Residence. | $50.00 | $0.00 | | $0.00 | FA |
| 14 Various hand tools located at Debtors' Residence. | $250.00 | $0.00 | | $0.00 | FA |
| 15 VOID | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                             **Gross Value of Remaining Assets**

                            **$68,780.00**                   **$7,500.00**                                     **$0.00**     **$7,500.00**

**Major Activities affecting case closing:**

  09/04/2014    The Trustee is investigating the value of the debtor's workers comp claim.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/15/2017 | /s/ DOUGLAS S. ELLMANN | |
| **Current Projected Date Of Final Report (TFR):** | 05/15/2017 | DOUGLAS S. ELLMANN | |